■ In the Matter of CHARLES T. HAMILTON et al., Respondents, v. EDOLPHUS TOWNS et al., Appellants, and DAVID N. DINKINS et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding to invalidate petitions designating appellant Towns as a candidate in the Democratic Party Primary Election to be held on June 4, 1973 for nomination for the public office of Councilman for the 26th Councilmanic District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered May 16, 1973, which granted the application. Judgment affirmed, without costs. No opinion. Munder, Acting P. J., Latham, Shapiro, Gulotta and Benjamin, JJ., concur.